Kathryn M. Schevers, Appellee-Plaintiff, v. New York Life Insurance Company, a New York Corporation, Appellant-Defendant.

Gen. No. 48,166.

March 6, 1961.

MacLeish, Spray, Price & Underwood, of Chicago (Wendell J. Brown and Richard R. Jones, of counsel) for appellant; James A. Thompson, of Chicago, for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.